AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FROST SOLUTIONS, LLC, Plaintiff,

V.

CORY MOORE,                    Defendant.

CASE NUMBER:        22-cv-6910

ASSIGNED JUDGE:        Martha M. Pacold

DESIGNATED
MAGISTRATE JUDGE:  Jeffrey T. Gilbert

TO: (Name and address of Defendant)

Cory Moore
1500 Crystalline Drive, SE
Caledonia, MI  49316

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amir R. Tahmassebi
Konicek & Dillon, P.C.
21 West State Street
Geneva, IL  60134

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

December 22, 2022

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                        Date                          *Signature of Server*


_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SERVICE

| Case:<br>22-CV-6910 | Court:<br>In the United States District Court for the Northern District of Illinois | Job:<br>$163514 |
|---|---|---|
| Plaintiff / Petitioner:<br>Frost Solutions, LLC | | Defendant / Respondent:<br>Cory Moore |
| Received by:<br>Harris Investigations, LLC | | For:<br>Tri-County Investigations |
| To be served upon:<br>Cory Moore | | |

I, Sherry Cremona-Van Der Elst, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:  Cory Moore, 1500 Crystaline Dr SE, Caledonia, MI 49316

Manner of Service:  Personal/Individual, Jan 3, 2023, 11:42 am EST

Documents:  Summons and Complaint (Received Dec 29, 2022 at 1:46pm EST)

Additional Comments:
1) Successful Attempt: Jan 3, 2023, 11:42 am EST at 1500 Crystaline Dr SE, Caledonia, MI 49316 received by Cory Moore. Age: 40's; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 6'1"; Hair: Brown; Eyes: Other; Other: I personally served the subject at this address. He is a white male, 40-ish, 6'1, 200 lbs, brown mustache and beard. He identified himself and accepted service. Photos of license plate numbers included.;
I personally served the subject at this address. He is a white male, 40-ish, 6'1, 200 lbs, brown mustache and beard. He identified himself and accepted service.

☐ Include Fees?

Sherry Cremona-Van Der Elst
C655765522562

Date 01/10/23

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
999-436-1191

☑ Display Notary Block?

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 01/10/23

Commission Expires 07/19/27

KRISTEN PRISEGARU
Notary Public, State of Michigan
County of Ottawa
My Commission Expires Jul. 19, 2027
Acting in the County of Kent