# EXHIBIT 1

FROST
T E C H N O L O G I E S

February 1, 2022

**RE: Cory Moore, Employee Compensation**

We would like to thank you for all the hard work you've done on behalf of Frost. This letter includes details on your compensation structure.

**Current compensation**
Title – Director of Sales
Base - $95,000
Bonus – 7% of annual contract value of new sales (upon install complete) and 3% of annual contract value of renewals
Equity – 339,296 shares, vesting start date 1/1/2020, 1 year vesting cliff, vesting rate 1/36 of grant per month, strike price – pending completion of 409(a) process
> *Note – this is not an official grant of company options but guidance on what the executive team is working to grant*
Other – 401K, Health insurance, dental, & short/long term disability
Paid Time Off – Unlimited time off, no-accrual or grant, use of PTO with approval of your manager

**New structure**
Bonus – 7% of annual contract value of new sales (upon install complete) and 3% of annual contract value of renewals outside of North-Atlantic

For the North-Atlantic 2% of annual contract value of new sales (upon install complete) and 1% of annual contract value of renewals

North-Atlantic is defined as - ME, VT, NH, MA, NY, RI, CT, PA, NJ, DE, WASH DC, WV, VA, MD

Title, Base, Equity, 401K, Health insurance, dental, & short/long term disability & Paid Time Off – Unchanged

**Bonus processing**
At the end of each quarter prepare an email to your manager and copy the CEO with your bonus targets and actual performance. Provide supporting data as needed.

**Payroll adjustments & timing**
Your new bonus structure goes into effect for all business after 1/1/2022. Follow the bonus processing instructions detailed above. The bonus will be paid with at the end of the quarter after being processed.

```
EXHIBIT
1
```