# EXHIBIT 4

# Blanket Purchase Order

Page 1

Traffic and Parking Control
5100 West Brown Deer Rd
Brown Deer, WI  53223

| | |
|---|---|
| Purchase Order Number: | PBO000039 |
| Purchase Order Date: | 12/29/2021 |

**To:** Frost Control Systems Inc
Cory Moore
1400 E Angela Blvd
SOUTH BEND, IN  46617
USA

**Ship To:** TAPCO
Buyer
9009 N 51st St, Dock 8&9
BROWN DEER, WI  53223
USA

| | |
|---|---|
| Tax Ident. Type | Legal Entity |
| Ship Via | 3rd Party |
| Receive By | |
| Terms | 2% 15 Days - Net 30 |

| | |
|---|---|
| Confirm To | |
| Buyer | Christine Tuttle |
| Phone No. | 800-236-0112 |
| Vendor ID | V14520 |

| Item No. | Description | Unit | Quantity | Unit Price | Total Price |
|---|---|---|---|---|---|
| AIMS-B | Advanced Infrared RWIS Monitoring System, Pole | Each | 30 | 2,250.00 | 67,500.00 |
| | Blanket order for 18 months. No obligation to take ownership of material. | | | | |
| | Please have 6 units available to ship within 2 weeks of discrete PO release. | | | | |

EXHIBIT 4

| | |
|---|---|
| **Subtotal:** | 67,500.00 |
| Invoice Discount: | 0.00 |
| Tax: | 0.00 |
| **Total:** | 135,000.00 |