# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Frost Solutions, LLC

                Plaintiff,

v.                                                   Case No.: 1:22−cv−06910

                                                          Honorable Martha M. Pacold

Cory Moore

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 6, 2024:

    MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 8/6/24 to set a date for Plaintiff to comply with the Court's order of 7/30/24 [84] and to reset other discovery dates as necessary. The Court wants to set a hard date for Plaintiff to complete its production of documents. The Court grants Plaintiff's request to complete its production of documents by 8/27/24 also orders Plaintiff to make rolling productions of documents as documents are ready to be produced during the time up to and including 8/27/24. The fact discovery deadline is extended to 10/15/24 consistent with the parties' request in their Joint Status Report [82] and Defendant's request during today's hearing. That extension is without prejudice to a further extension of time on good cause shown pursuant to Rule 16(b)(4) if the parties cannot complete discovery by that date even if they are duly diligent in attempting to do so. Based on discussion during today's status hearing, the parties anticipate needing to take up to approximately 10 depositions total prior to the close of fact discovery. The expert discovery deadlines are extended as follows without prejudice to a further extension of time consistent with Rule 16(b)(4) if necessary. Plaintiff shall disclose any expert(s) and expert reports under Rule 26(a)(2) by 11/15/24. Defendant shall disclose any expert(s) and expert report under Rule 26(a)(2) by 1/15/25. Expert discovery shall be completed by 2/15/25. The parties shall file an updated joint status report by 9/10/24 that confirms that Plaintiff has produced the documents the Court ordered produced [84]. The parties' report shall also identify fact witnesses that either side then intends to depose before the close of fact discovery based upon then available information and as many confirmed or proposed dates for those depositions as possible. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.