IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FROST SOLUTIONS, LLC,   Plaintiff,   v.   CORY MOORE,   Defendant. | CASE NO.: 1:22-CV-06910   Hon. J. Martha M. Pacold   Hon. Mag. J. Jeffrey T. Gilbert   Jury Demanded |

**DECLARATION OF MARIA L. KREITER
IN SUPPORT OF DEFENDANT CORY MOORE'S PETITION FOR FEES**

Maria L. Kreiter, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am lead defense counsel for Defendant Cory Moore ("Moore"). I make this Declaration in support of Moore's Petition for Fees.

**Moore Pursuit of Discovery from Frost**

2. Moore timely served its first set of interrogatories and document requests (the "Discovery Requests") on October 10, 2023, making Frost's deadline to respond November 9, 2023.

3. Frost's November 9, 2023 deadline passed with no response or communication from Frost, marking the starting point of Moore's five month pursuit of Frost's discovery responses.

4. Between October 10, 2023 and March 8, 2024, Moore continuously sought Frost's complete discovery responses via e-mail, phone calls, and scheduled meet and confers. Moore's efforts are detailed in his Motion to Compel, Dkt. No. 69 at pgs. 1-11.

1

5. Twice, on December 22, 2023 and on February 9, 2024, my colleague Christie B. Carrino outlined in detail Frost's outstanding discovery deficiencies and requested that the deficiencies be addressed to avoid motion practice.

6. However, Frost's responses remained deficient. Frost repeatedly missed deadlines to deliver documents, refused to provide certain documents and supplement interrogatory responses, and made multiple requests to Moore to delay filing its Motion to Compel.

7. Moore agreed to hold off on filing its Motion to Compel. However, as Frost's deficiencies continued without being properly addressed, Moore was forced to file its Motion to Compel on March 8, 2024, months after serving his initial Discovery Requests.

8. Shortly after Moore's Motion, Frost filed its own Motion to Compel to which Moore had to prepare and file a response to.

9. Four attorneys from Godfrey & Kahn, S.C. billed time in connection to Moore's demands for Frost's adherence to its discovery obligations and Moore's Motion to Compel: Christie B. Carrino, Bailey F. Groh Rasmussen, Theresa M. Correa McMichen, and myself. A true and correct copy of the time entries and attorneys' fees incurred in connection with Moore's Motion to Compel are attached as Exhibit A. Where a single time entry involved tasks sought in the Petition for award of fees and tasks related to other activities necessary to Mr. Moore's defense that are outside the scope of the fees Petition, Exhibit A contains an "Adjusted Hours" and an "Adjusted Billed" amount. Those amounts reflect only the time and fees associated with the tasks sought in the Petition.

10. I am a shareholder at Godfrey & Kahn, S.C., and my billable rate was $600.00 in 2023 and is $650.00 for 2024.

11. I spent 12 hours in connection to pursuit of discovery from Frost and Moore's Motion to Compel. *See* Exhibit A.

12. Ms. Carrino is a senior associate at my firm. She has been practicing for almost 8 years. Her hourly rate was $490.00 in 2023 and $530.00 for 2024.

13. Ms. Carrino spent 32.3 hours in connection to Moore's pursuit of discovery from Frost and Moore's Motion to Compel. *See* Exhibit A.

14. Ms. Groh Rasmussen is a first-year associate at my firm, and her billable rate was $330.00 in 2023.

15. Ms. Groh Rasmussen spent 7.5 hours in connection to Moore's Motion to Compel. *See* Exhibit A.

16. Ms. Correa McMichen is a first-year associate at my firm, and her billable rate for 2024 is $360.00.

17. Ms. Correa McMichen spent 7.8 hours in connection to Moore's Motion to Compel. *See* Exhibit A.

18. All fees related to Moore's Motion to Compel have been paid in full.

**Responding to Frost's Demands that Moore Produce TAPCO Documents**

19. Three attorneys from Godfrey & Kahn S.C. billed time in connection with Moore's Response to Frost's Motion to Compel – Christie B. Carrino, Theresa M. Correa McMichen, and myself. A true and correct copy of the time entries and attorneys' fees incurred in connection with Moore's Motion to Compel are attached as Exhibit B. Where a single time entry involved tasks sought in the Petition for award of fees and tasks related to other activities necessary to Mr. Moore's defense that are outside the scope of the fees Petition, Exhibit B contains an "Adjusted

Hours" and an "Adjusted Billed" amount. Those amounts reflect only the time and fees associated with the tasks sought in the Petition.

20. The information related to myself, Ms. Carrino, Ms. Correa McMichen, our time in practice, and our hourly rates are consistent with above paragraphs 10, 12, and 16, respectively.

21. Ms. Carrino spent 2.5 hours in connection to Moore's Response to Frost's Motion to Compel. *See* Exhibit B.

22. Ms. Correa McMichen spent 15.4 hours in connection to Moore's Response to Frost's Motion to Compel. *See* Exhibit B

23. I spent 5 hours in connection to Moore's Response to Frost's Motion to Compel. *See* Exhibit B

24. All fees related to Moore's Response to Frost's Motion to Compel have been paid in full.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge this 19th day of August, 2024.

                                                  */s/ Maria L. Kreiter*
                                                  *Maria L. Kreiter*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on August 19th, 2024, she caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

*/s/ Maria L. Kreiter*
Maria L. Kreiter