# EXHIBIT A

| Date | Timekeeper Name | Billed Amount | Billed Hours | Adjusted Billed | Adjusted Hours | Narrative |
|---|---|---|---|---|---|---|
| 11/27/2023 | Kreiter, Maria L | $180.00 | 0.3 | $180.00 | | Prepare correspondence to Mr. Tahmassebi regarding the extension requested in response to discovery and need for responsive documents and written responses by December 1, consistent with the further requested extension, and discuss next steps with Ms. Carrino. |
| 12/1/2023 | Kreiter, Maria L | $180.00 | 0.3 | $180.00 | | Meetings with Ms. Carrino and Ms. Groh Rasmussen regarding the potential motion to compel. |
| 12/4/2023 | Carrino, Christie | $147.00 | 0.3 | $147.00 | | Correspondence and conference with Ms. Groh Rasmussen regarding motion to compel. |
| 12/4/2023 | Kreiter, Maria L | $120.00 | 0.2 | $120.00 | | Direct motion to compel against Frost. |
| 12/4/2023 | Groh Rasmussen, Bailey F. | $858.00 | 2.6 | $0.00 | | Prepare and draft declaration and motion to compel relating to failure to turn over discovery in this case. |
| 12/5/2023 | Groh Rasmussen, Bailey F. | $0.00 | 2.6 | $0.00 | | Investigate the Northern District of Illinois case law regarding motions to compel discovery requests; Revise declaration and motion to compel. |
| 12/5/2023 | Groh Rasmussen, Bailey F. | $462.00 | 1.4 | $0.00 | | Investigate Northern District of Illinois case law relating to motions to compel; Revise declaration and motion to compel. |
| 12/6/2023 | Kreiter, Maria L | $960.00 | 1.6 | $960.00 | | Review and revise the draft memorandum in support of Moore's motion to compel against Frost and supporting Kreiter declaration, as well as draft the motion itself. |
| 12/6/2023 | Groh Rasmussen, Bailey F. | $297.00 | 0.9 | $0.00 | | Investigate case law relating to N.D. Illinois motion to compel standards; Revise and edit motion to compel and declaration. |
| 12/12/2023 | Kreiter, Maria L | $120.00 | 0.2 | $120.00 | | Review Frost's responses to Mr. Moore's interrogatories and prepare correspondence to Mr. Tahmassebi seeking a meet and confer discussion regarding the inadequate responses. |
| 12/14/2023 | Kreiter, Maria L | $120.00 | 0.2 | $120.00 | | Exchange with Mr. Tahmassebi regarding the meet and confer. |
| 12/19/2023 | Carrino, Christie | $833.00 | 1.7 | $833.00 | | Prepare for and attend meet and confer call with opposing counsel and conference with Ms. Kreiter regarding same. |
| 12/19/2023 | Kreiter, Maria L | $1,020.00 | 1.7 | $1,020.00 | | Prepare for and attend the meet and confer with Mr. Tahmassebi, as well as follow up correspondence regarding the timing of the productions and substance of the meet and confer. |
| 12/20/2023 | Kreiter, Maria L | $120.00 | 0.2 | $120.00 | | Further exchange with Mr. Tahmassebi in follow up to the meet and confer. |
| 12/22/2023 | Carrino, Christie | $2,548.00 | 5.2 | $1,372.00 | 2.8 | ███████████████ prepare discovery deficiency correspondence; correspondence with opposing counsel regarding same. |
| 12/22/2023 | Kreiter, Maria L | $300.00 | 0.5 | $300.00 | | Review and revise the meet and confer letter. |
| 12/22/2023 | Kreiter, Maria L | $120.00 | 0.2 | $120.00 | | Discussion with Ms. Carrino regarding timing of the document production and meet and confer, including agreement by Frost to adhere to the protective order before entry. |

31659721.3

| Date | Name | Amount | Hours | Amount | Hours | Description |
|---|---|---|---|---|---|---|
| 1/18/2024 | Carrino, Christie | $1,219.00 | 2.3 | $53.00 | 0.1 | [redacted] correspondence with opposing counsel regarding [redacted] meet and confer. |
| 1/24/2024 | Carrino, Christie | $265.00 | 0.5 | $265.00 | | Initial analysis of Frost supplemental discovery responses. |
| 1/25/2024 | Carrino, Christie | $265.00 | 0.5 | $265.00 | | Analysis of supplemental discovery responses. |
| 2/9/2024 | Carrino, Christie | $3,286.00 | 6.2 | $3,286.00 | | Analysis of Frost's supplemental production; prepare and send meet and confer correspondence to opposing counsel regarding additional deficiencies. |
| 2/9/2024 | Kreiter, Maria L | $260.00 | 0.4 | $260.00 | | Review the supplemental meet and confer letter. |
| 2/19/2024 | Carrino, Christie | $106.00 | 0.2 | $106.00 | | Review correspondence from opposing counsel regarding alleged discovery deficiencies. |
| 2/19/2024 | Kreiter, Maria L | $195.00 | 0.3 | $195.00 | | Exchange with Mr. Tahmassebi regarding outstanding discovery deficiencies and timing for Mr. Moore's motion to compel absent correction of the deficiencies. |
| 2/29/2024 | Carrino, Christie | $2,385.00 | 4.5 | $2,385.00 | | Conference with opposing counsel regarding meet and confer; correspondence with Ms. Kreiter regarding same; prepare motion to compel. |
| 3/1/2024 | Carrino, Christie | $689.00 | 1.3 | $530.00 | 1 | [redacted] prepare correspondence to opposing counsel regarding Moore's alleged discovery deficiencies. |
| 3/5/2024 | Kreiter, Maria L | $585.00 | 0.9 | $65.00 | 0.1 | [redacted] exchanges with Mr. Tahmassebi regarding the purported deficiencies associated with Mr. Moore's discovery responses and document production, as well as the need for motion practice as to the discovery issues. |
| 3/6/2024 | Carrino, Christie | $1,431.00 | 2.7 | $1,219.00 | 2.3 | [redacted] prepare motion to compel. |
| 3/7/2024 | Carrino, Christie | $3,127.00 | 5.9 | $3,127.00 | | Prepare brief in support of motion to compel; review correspondence from opposing counsel pertaining to position on deficiencies in support of same; review documents in support of same; conference with Ms. Kreiter regarding same; correspondence with Messrs. Moore and Callahan regarding same; correspondence with opposing counsel regarding impasse. |
| 3/7/2024 | Kreiter, Maria L | $715.00 | 1.1 | $715.00 | | Discussion with Ms. Carrino regarding the supplemental production and items to include and exclude with respect to the motion to compel, and review of the same. |

| Date | Timekeeper | Amount | Time | Amount After Adj. | | Description |
|---|---|---|---|---|---|---|
| 3/8/2024 | Carrino, Christie | $3,180.00 | 6 | $3,180.00 | | Review, revise and finalize for filing brief in support of motion to compel; correspondence with opposing counsel regarding same; prepare declaration and related exhibits for motion to compel; prepare motion to compel and certification regarding meet and confer; conference with Messrs. Moore and Callahan and Ms. Kreiter regarding case status and strategy. |
| 3/8/2024 | Kreiter, Maria L | $260.00 | 0.4 | $260.00 | | Further review of the motion to compel. |
| 3/27/2024 | Kreiter, Maria L | $260.00 | 0.4 | $260.00 | | Exchange with Mr. Tahmassebi regarding the requested meet and confer on Frost's second set of discovery and Frost's request to amend the motion to compel briefing schedule, as well as review the Frost motion and instruct response in opposition to the same. |
| 3/28/2024 | Carrino, Christie | $159.00 | 0.3 | $159.00 | | Analysis of research in support of motion to compel; correspondence with GK team regarding strategy for responding to request for additional time. |
| 4/8/2024 | Correa McMichen, Theresa | $108.00 | 0.3 | $108.00 | | Review Frost's response to motion to compel; review and reply to correspondence from Ms. Kreiter regarding Frost's response to motion to compel. |
| 4/9/2024 | Correa McMichen, Theresa | $144.00 | 0.4 | $144.00 | | Review motion to compel and Frost's response to motion to compel for reply brief; conference with Ms. Kreiter regarding draft reply brief to Frost's response. |
| 4/9/2024 | Kreiter, Maria L | $390.00 | 0.6 | $390.00 | | Review the Frost response brief in opposition to Mr. Moore's motion to compel and discuss structure of the reply with Ms. Correa McMichen. |
| 4/10/2024 | Correa McMichen, Theresa | $1,548.00 | 4.3 | $1,548.00 | | Continue draft reply to Frost's response to Moore's motion to compel; conference with Ms. Kreiter regarding reply. |
| 4/10/2024 | Kreiter, Maria L | $325.00 | 0.5 | $325.00 | | Further analyze the motion to compel response brief filed by Frost and plan for Mr. Moore's reply. |
| 4/11/2024 | Correa McMichen, Theresa | $720.00 | 2 | $720.00 | | Continue draft reply to Frost's response to Moore's motion to compel; revise draft reply; correspond with Ms. Kreiter regarding draft reply. |
| 4/11/2024 | Kreiter, Maria L | $1,820.00 | 2.8 | $1,820.00 | | Review and revise Mr. Moore's motion to compel reply brief. |
| 4/12/2024 | Correa McMichen, Theresa | $288.00 | 0.8 | $288.00 | | Review and revise updated version of draft reply to Frost's response to Moore's motion to compel; review Northern District of Illinois local rules and Judge Gilbert's rules regarding reply brief page limit; review and respond to correspondence from Ms. Kreiter regarding draft reply. |

| Timekeeper | Total Billed Amount | Total Billed Time | Total Amount After Adjustment | Total Time After Adjustment |
|---|---|---|---|---|
| C. Carrino | $19,640.00 | 37.6 | $16,927.00 | 32.3 |
| B. Groh Rasmussen | $1,617.00 | 7.5 | $0 | 7.5 |
| T. Correa McMichen | $2,808.00 | 7.8 | $2,808.00 | 7.8 |
| M. Kreiter | $8,050.00 | 12.8 | $7,530.00 | 12 |
| COMBINED TOTAL | $32,115.00 | 65.7 | $27,265.00 | 59.6 |