# EXHIBIT B

| Date | Timekeeper Name | Billed Amount | Billed Hours | Adjusted Billed | Adjusted Hours | Narrative |
|---|---|---|---|---|---|---|
| 2/20/2024 | Kreiter, Maria L | $195.00 | 0.3 | $195.00 | | Exchange with Mr. Tahmassebi regarding discovery timing and alleged deficiencies associated with Mr. Moore's production of documents, as well as update Messrs. Moore and Callahan. |
| 3/5/2024 | Carrino, Christie | $424.00 | 0.8 | $106.00 | 0.2 | Prepare ▮▮▮▮▮ correspondence with opposing counsel ▮▮▮▮▮ regarding response to alleged discovery deficiencies. |
| 3/13/2024 | Kreiter, Maria L | $130.00 | 0.2 | $130.00 | | Discussion with Ms. Carrino regarding the status conference with the court, including discussion of the timing of plaintiff's alleged motion to compel. |
| 3/14/2024 | Correa McMichen, Theresa | $0.00 | 1.3 | $0 | | Review motion to compel for background information; conference with Ms. Carrino regarding matter background and outstanding items. |
| 3/25/2024 | Correa McMichen, Theresa | $72.00 | 0.2 | $72.00 | | Review Frost's motion to compel and exhibits. |
| 3/25/2024 | Kreiter, Maria L | $260.00 | 0.4 | $260.00 | | Review of the Frost motion to compel. |
| 3/26/2024 | Carrino, Christie | $159.00 | 0.3 | $159.00 | | Analysis of Frost's motion to compel and correspondence with Messrs. Moore and Callahan regarding same. |
| 3/26/2024 | Correa McMichen, Theresa | $108.00 | 0.3 | $108.00 | | Review and respond to correspondence from Ms. Carrino regarding Frost Motion to Compel and Moore response. |
| 3/27/2024 | Correa McMichen, Theresa | $1,836.00 | 5.1 | $1,836.00 | | Investigate Seventh Circuit law regarding employee refusal to produce documents based on lack of possession, custody, or control; investigate Seventh Circuit law regarding trade secret damages; draft and send correspondence to Ms. Carrino regarding findings of above investigation. |
| 3/28/2024 | Kreiter, Maria L | $130.00 | 0.2 | $130.00 | | Review the case law identified by Ms. McMichen Correa to be used in opposition to Frost's motion to compel. |
| 4/1/2024 | Carrino, Christie | $1,484.00 | 2.8 | $1,060.00 | 2 | Prepare for meet and confer call with opposing counsel regarding commissions and regarding production logistic deficiencies; prepare outline for response to motion to compel; ▮▮▮▮▮ |
| 4/2/2024 | Correa McMichen, Theresa | $828.00 | 2.3 | $648.00 | 1.8 | ▮▮▮▮▮ meet and confer with Mr. Tahmassebi and Ms. Kreiter; conference with Ms. Kreiter regarding meet and confer and response to motion to compel; review correspondence from Ms. Kreiter and Mr. Tahmassebi regarding meet and confer follow up; draft response to Frost's motion to compel. |
| 4/2/2024 | Kreiter, Maria L | $455.00 | 0.7 | $455.00 | | Prepare for and attend the meet and confer call with Frost's counsel and prepare correspondence to Mr. Tahmassebi confirming the substance of the meet and confer and timing for Frost's response to the open issues raised by Mr. Moore. |
| 4/3/2024 | Correa McMichen, Theresa | $2,016.00 | 5.6 | $2,016.00 | | Continue drafting brief in response to Plaintiff's motion to compel; conference with Ms. Kreiter regarding above brief; revise brief to input citations. |
| 4/4/2024 | Correa McMichen, Theresa | $180.00 | 0.5 | $180.00 | | Review and revise draft response brief to Plaintiff's motion to compel; correspond with Ms. Kreiter regarding draft response brief. |

| Date | Timekeeper | Amount | Hours | Adjusted Amount | | Description |
|---|---|---|---|---|---|---|
| 4/5/2024 | Correa McMichen, Theresa | $180.00 | 0.5 | $180.00 | | Review and revise draft response to Plaintiff's motion to compel; review final filed response to Plaintiff's motion to compel. |
| 4/5/2024 | Kreiter, Maria L | $2,080.00 | 3.2 | $2,080.00 | | Further analyze Frost's motion to compel and review and revise the response to the motion to compel on behalf of Mr. Moore. |
| 4/16/2024 | Correa McMichen, Theresa | $36.00 | 0.1 | $36.00 | | Review Frost's reply in support of Frost's motion to compel. |

| TimeKeeper | Total Billed Amount | Total Billed Time | Total Amount After Adjustment | Total Time After Adjustment |
|---|---|---|---|---|
| C.Carrino | $2,067.00 | 3.9 | $1,325.00 | 2.5 |
| T. Correa McMichen | $5,256.00 | 15.9 | $5,076 | 15.4 |
| M. Kreiter | $3,250.00 | 5 | $3,250.00 | 5 |
| **COMBINED TOTAL** | **$10,573.00** | **24.8** | **$9,651.00** | **22.9** |