UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FROST SOLUTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 1:22-cv-06910 |
| | ) | JURY DEMANDED |
| CORY MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MAILING/
CERTIFICATE OF SERVICE**

TO: See attached Service List.

The undersigned states that copies of **PLAINTIFF'S SECOND SUPPLEMENTAL ANSWERS TO DEFENDANT'S INTERROGATORIES** and **PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION,** together with this **Certificate of Service,** were served upon the attorneys listed above, **via e-mail transmission,** on **August 27, 2024.**

/s/ Amir R. Tahmassebi
Attorney for Plaintiffs

Amir R. Tahmassebi (6287787)
KONICEK & DILLON, P.C.
21 W. State St.
Geneva, IL 60134
630.262.9655
amir@konicekdillonlaw.com

**SERVICE LIST**
Frost Solutions v. Cory Moore
USDC – Northern District – Eastern Division
1:22-CV-06910

*<u>Add'l Counsel for Plaintiff</u>*
James Oakley
Todd Rowden
Taft Stettinius & Hollister LLP
111 E. Wacker Drive – Suite 2600
Chicago, IL  60601
312-527-4000
trowden@taftlaw.com
joakley@taftlaw.com

*<u>Defendant, Cory Moore – LOCAL COUNSEL</u>*
Erik Ives
Fox Swibel Levin & Carroll
200 W. Madison Street – Suite 200
Chicago, IL  60606
312-224-1200
eives@foxswibel.com

*<u>Maria Kreiter   - LEAD COUNSEL</u>*
Christie Carrino
Theresa Correa McMichen
Godfrey & Kahn SC
833 E. Michigan Street – Suite 1800
Milwaukee, WI  53202
414-273-3500
mkrieter@gklaw.com
ccarrino@gklaw.com
tcorreamcmichen@gklaw.com