# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Frost Solutions, LLC

                          Plaintiff,

v.                                             Case No.: 1:22−cv−06910
                                                  Honorable Martha M. Pacold

Cory Moore

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 17, 2024:

       MINUTE entry before the Honorable Martha M. Pacold: Oral argument on defendant's motion to dismiss the amended complaint [44] held on 9/17/2024. Defendant's motion to dismiss the amended complaint [44] is granted without prejudice for the reasons stated on the record. Plaintiff is granted leave to file a second amended complaint by 10/7/2024. Defendant to answer or otherwise plead to the second amended complaint by 10/21/2024. Discovery is proceeding before Judge Gilbert. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.