IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FROST SOLUTIONS, LLC,

        Plaintiff,

vs.

CORY MOORE,

        Defendant.

CASE NO.: 1:22-CV-06910

Hon. J. Martha M. Pacold

Hon. Mag. J. Jeffrey T. Gilbert

Jury Demanded

**DEFENDANT CORY MOORE'S MOTION
TO COMPEL COMPLIANCE WITH COURT ORDER AND FOR SANCTIONS**

Defendant Cory Moore ("Moore"), by and through the undersigned counsel, and pursuant to Rule 37(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order (1) holding Frost Solutions, LLC ("Frost") in contempt; (2) compelling Frost to produce all responsive documents immediately; (3) assessing against Frost Moore's expenses and attorneys' fees incurred with his attempts to obtain compliance with the Order and in bringing, briefing and arguing this motion; (4) imposing an additional monetary sanction against Frost that deters further discovery abuses and ensures compliance; (5) requiring Frost to sit for a Rule 30(b)(6) deposition specific to the issue of the completeness of its supplemental document production (once complete) and require Frost to advance the attorneys' fees and expenses Moore will incur to prepare for and take that deposition; and (6) for further sanctions under Rule 37(b)(2)(A) that the Court deems just and reasonable. Moore further requests the Court order Frost to fully and completely respond to Moore's second and third sets of discovery. In support of this motion, Moore relies on the Memorandum of Law and the October 17, 2024 Declaration of Maria L. Kreiter and exhibits attached thereto filed in conjunction with this Motion. This motion is opposed.

Pursuant to Local Rule 37.2, Moore's counsel states, that after multiple consultations by telephone, formal meet and confer letters, and correspondence by email and good faith attempts to resolve differences and avoid this motion, Moore and Frost were unable to reach accord. The telephone consultations between Ms. Kreiter and/or Ms. Carrino (counsel for Moore) and Mr. Tahmassebi, Mr. Oakley, Mr. Morrell, and/or Ms. Yoon (counsel for Frost) occurred on: August 29, 2024 at approximately 1:15 p.m CT and October 3 at approximately 1:00 p.m. CT.

Dated this 17th day of October, 2024.

By: */s/Maria L. Kreiter*
Maria L. Kreiter, *admitted pro hac vice*
Christie B. Carrino, *admitted pro hac vice*
GODFREY & KAHN, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
414-273-3500
mkreiter@gklaw.com
ccarrino@gklaw.com

Erik J. Ives
FOX SWIBEL LEVIN & CARROLL LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606
312-224-1200
eives@foxswibel.com

*Attorneys for Defendant Cory Moore*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on October 17, 2024, she caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which is also served upon counsel for all parties of record.

*/s/Maria L. Kreiter*
Maria L. Kreiter

31966206.1

2