# EXHIBIT A

| | |
|---|---|
| **From:** | Kreiter, Maria |
| **Sent:** | Thursday, August 15, 2024 11:20 AM |
| **To:** | Amir Tahmassebi |
| **Cc:** | Correa McMichen, Theresa; Moore, Machaella |
| **Subject:** | Frost v. Moore - discovery [GK-ACTIVE.FID3283275] |

Amir:

I wanted to follow up on the suggestion I raised at the status conference: we should exchange custodians and search terms. Please let me know if you agree.

Also, my contact at TAPCO was traveling but has now returned and confirmed that TAPCO will produce responsive correspondence with the municipalities without objection if Frost agrees not to subpoena the municipalities. Please confirm we are agreed in that regard.

Thanks,

Maria

**Maria Kreiter** | Attorney
414.287.9466 direct

MKreiter@gklaw.com

**GODFREY KAHN**

833 E. Michigan Street, Suite 1800 | Milwaukee, Wisconsin 53202-5615



*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*



EXHIBIT A