# EXHIBIT B

**From:** Kreiter, Maria
**Sent:** Thursday, August 29, 2024 3:50 PM
**To:** Amir Tahmassebi
**Cc:** Carrino, Christie; Correa McMichen, Theresa; Moore, Machaella; Sheila Jacobsen; Knapp, Bruce
**Subject:** RE: Moore depositions [GK-ACTIVE.FID3283275]

Amir:

Regarding the search terms and parameters, I would like to have a date certain for Plaintiff's disclosure. Please do get the information to me by Tuesday, as this should be at your fingertips and I have raised it a few times after also raising it at the status conference with Judge Gilbert back on August 6.

The search terms TAPCO used to identify documents potentially responsive to Frost's subpoena are as follows.

Search 1:
- Custodian: cory.moore@tapconet.com
- Date Filter: None
- Search Term: "frost"
Search 2:
- Custodian: all TAPCO email
- Date Filter: None
- Search Terms: "moore1cw@gmail.com" AND "Frost"
Search 3:
- Custodian: all TAPCO email
- Date Filter: 3/1/2022 – 12/31/2023 (per Municipality subpoena rider)
- Search Term: "frost"

Thanks,

Maria

**Maria Kreiter** | Attorney
414.287.9466 direct | MKreiter@gklaw.com

**GODFREY KAHN**

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

**From:** Amir Tahmassebi <amir@konicekdillonlaw.com>
**Sent:** Thursday, August 29, 2024 1:27 PM
**To:** Kreiter, Maria <MKreiter@gklaw.com>
**Cc:** Carrino, Christie <CCarrino@gklaw.com>; Correa McMichen, Theresa <TCorreaMcMichen@gklaw.com>; Moore, Machaella <MMoore@gklaw.com>; Sheila Jacobsen <sheila@konicekdillonlaw.com>
**Subject:** RE: Moore depositions [GK-ACTIVE.FID3283275]

**[EXTERNAL] This message originated from outside your domain.**

I'm on trial that entire week in the matter of Ely v. Pivar pending in Cook County. I will inquire on alternate dates. Please also send me date Mr. Moore is available in September but post-hearing. As you recall, as a courtesy, I agreed to postpone his scheduled deposition until after the hearing.

We will try have the additional information below to you by September 3rd and request that you do the same. Thanks.

Amir


Amir R. Tahmassebi
Konicek & Dillon, P.C.
70 W. Madison, Suite 2060
Chicago, IL 60602
(312) 328-9166 (Direct)
(630) 262-9659 (Fax)

---

**From:** Kreiter, Maria <MKreiter@gklaw.com>
**Sent:** Thursday, August 29, 2024 1:20 PM
**To:** Amir Tahmassebi <amir@konicekdillonlaw.com>
**Cc:** Carrino, Christie <CCarrino@gklaw.com>; Correa McMichen, Theresa <TCorreaMcMichen@gklaw.com>; Moore, Machaella <MMoore@gklaw.com>
**Subject:** Moore depositions [GK-ACTIVE.FID3283275]

Amir:

I would like to get dates set for the depositions of Michael Kirsh, Michael Bott, and the Frost 30(b)(6) corporate representative. We would like to depose Mr. Kirsh and Mr. Bott first. Please let me know if we can set the depositions as follows:

- October 2: Mr. Kirsh or Mr. Bott
- October 3: Mr. Kirsh or Mr. Bott
- October 4: Frost corporate rep.

In addition, I wanted to memorialize our agreement by phone just now that you will provide the search terms, custodians, and date parameters used by Frost to identify and produce its responsive documents no later than September 3, 2024.

Thanks,

Maria

**Maria Kreiter** | Attorney
414.287.9466 direct
MKreiter@gklaw.com

**GODFREY KAHN**
833 E. Michigan Street, Suite 1800 | Milwaukee, Wisconsin 53202-5615



*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*