# **EXHIBIT C**

| | |
|---|---|
| **From:** | Morrell, Benjamin S. <BMorrell@taftlaw.com> |
| **Sent:** | Wednesday, September 4, 2024 9:34 PM |
| **To:** | Kreiter, Maria |
| **Cc:** | Amir Tahmassebi; Carrino, Christie; Correa McMichen, Theresa; Moore, Machaella; Rowden, Todd; Oakley, James |
| **Subject:** | RE: Moore depositions [GK-ACTIVE.FID3283275] |

**[EXTERNAL]** This message originated from outside your domain.

We are working on getting all the details together to compile a global response rather than send things piecemeal. I am out of town for a mediation until Friday but anticipate sending this by week's end.

**Benjamin S. Morrell**
Attorney
BMorrell@taftlaw.com
**Dir:** 312.840.4489
**Tel:** 312.527.4000  |  **Fax:** 312.527.4011
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Morrell, Benjamin S.
**Sent:** Wednesday, September 4, 2024 8:15 AM
**To:** Kreiter, Maria <MKreiter@gklaw.com>
**Cc:** Amir Tahmassebi <amir@konicekdillonlaw.com>; Carrino, Christie <CCarrino@gklaw.com>; Correa McMichen, Theresa <TCorreaMcMichen@gklaw.com>; Moore, Machaella <MMoore@gklaw.com>; Rowden, Todd <TRowden@taftlaw.com>; Oakley, James <JOakley@taftlaw.com>
**Subject:** RE: Moore depositions [GK-ACTIVE.FID3283275]

Maria,

We will take care of this today

**From:** Kreiter, Maria <MKreiter@gklaw.com>
**Sent:** Wednesday, September 4, 2024 6:42 AM
**To:** Morrell, Benjamin S. <BMorrell@taftlaw.com>
**Cc:** Amir Tahmassebi <amir@konicekdillonlaw.com>; Carrino, Christie <CCarrino@gklaw.com>; Correa McMichen, Theresa <TCorreaMcMichen@gklaw.com>; Moore, Machaella <MMoore@gklaw.com>; Rowden, Todd <TRowden@taftlaw.com>; Oakley, James <JOakley@taftlaw.com>
**Subject:** FW: Moore depositions [GK-ACTIVE.FID3283275]


EXHIBIT C

1

Ben, Amir, Todd, and James:

I am following up on the below, as I did not receive Frost's search terms, date parameters, and custodians yesterday.

Please send that information this morning.

Thanks,

Maria

**Maria Kreiter** | Attorney
414.287.9466 direct | MKreiter@gklaw.com

**GODFREY KAHN**

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.

---

**From:** Kreiter, Maria
**Sent:** Friday, August 30, 2024 12:28 PM
**To:** Amir Tahmassebi <amir@konicekdillonlaw.com>
**Cc:** Carrino, Christie <CCarrino@gklaw.com>; Correa McMichen, Theresa <TCorreaMcMichen@gklaw.com>; Moore, Machaella <MMoore@gklaw.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>
**Subject:** RE: Moore depositions [GK-ACTIVE.FID3283275]

Amir:

Thanks for confirming we will have Frost's search terms on Tuesday. To be clear, we also need date parameters and custodians on Tuesday.

We will direct other discovery issues to Taft – Ben, I look forward to working with you. We are still reviewing the production Frost made earlier this week and will be in touch with any issues.

Regarding the depos, I will call you momentarily.

Thanks,

Maria

**Maria Kreiter** | Attorney
414.287.9466 direct | MKreiter@gklaw.com

**GODFREY KAHN**

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.

---

**From:** Amir Tahmassebi <amir@konicekdillonlaw.com>
**Sent:** Friday, August 30, 2024 11:26 AM
**To:** Kreiter, Maria <MKreiter@gklaw.com>
**Cc:** Carrino, Christie <CCarrino@gklaw.com>; Correa McMichen, Theresa <TCorreaMcMichen@gklaw.com>; Moore, Machaella <MMoore@gklaw.com>; Morrell, Benjamin S. <BMorrell@taftlaw.com>
**Subject:** RE: Moore depositions [GK-ACTIVE.FID3283275]

2

**[EXTERNAL]** This message originated from outside your domain.

Maria,

Just called you to see if we can get these depositions scheduled.

Taft is going to work with you on any outstanding discovery issues. As I understand it, right now you just need our search terms, which we will provide by Tuesday next week. Thanks.

Amir

Amir R. Tahmassebi
Konicek & Dillon, P.C.
70 W. Madison, Suite 2060
Chicago, IL 60602
(312) 328-9166 (Direct)
(630) 262-9659 (Fax)

**From:** Kreiter, Maria <MKreiter@gklaw.com>
**Sent:** Thursday, August 29, 2024 4:37 PM
**To:** Amir Tahmassebi <amir@konicekdillonlaw.com>
**Cc:** Carrino, Christie <CCarrino@gklaw.com>; Correa McMichen, Theresa <TCorreaMcMichen@gklaw.com>; Moore, Machaella <MMoore@gklaw.com>
**Subject:** FW: Moore depositions [GK-ACTIVE.FID3283275]

Amir:
We can do Cory's deposition October 7, 8, 9 (if the deposition is by teams or zoom and we start after 10am), or 10. Let me know which date you prefer.
Maria

**Maria Kreiter** | Attorney
414.287.9466 direct | MKreiter@gklaw.com



*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

**From:** Kreiter, Maria
**Sent:** Thursday, August 29, 2024 1:38 PM
**To:** Amir Tahmassebi <amir@konicekdillonlaw.com>
**Cc:** Carrino, Christie <CCarrino@gklaw.com>; Correa McMichen, Theresa <TCorreaMcMichen@gklaw.com>; Moore, Machaella <MMoore@gklaw.com>; Sheila Jacobsen <sheila@konicekdillonlaw.com>
**Subject:** RE: Moore depositions [GK-ACTIVE.FID3283275]

In the alternative, check September 23-24 (Kirsh and Bott) and September 25 (Frost).

I will also get you date options for Cory asap.

**Maria Kreiter** | Attorney
414.287.9466 direct | MKreiter@gklaw.com

3

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.

**From:** Amir Tahmassebi <amir@konicekdillonlaw.com>
**Sent:** Thursday, August 29, 2024 1:27 PM
**To:** Kreiter, Maria <MKreiter@gklaw.com>
**Cc:** Carrino, Christie <CCarrino@gklaw.com>; Correa McMichen, Theresa <TCorreaMcMichen@gklaw.com>; Moore, Machaella <MMoore@gklaw.com>; Sheila Jacobsen <sheila@konicekdillonlaw.com>
**Subject:** RE: Moore depositions [GK-ACTIVE.FID3283275]

**[EXTERNAL] This message originated from outside your domain.**

I'm on trial that entire week in the matter of Ely v. Pivar pending in Cook County. I will inquire on alternate dates. Please also send me date Mr. Moore is available in September but post-hearing. As you recall, as a courtesy, I agreed to postpone his scheduled deposition until after the hearing.

We will try have the additional information below to you by September 3rd and request that you do the same. Thanks.

Amir


Amir R. Tahmassebi
Konicek & Dillon, P.C.
70 W. Madison, Suite 2060
Chicago, IL 60602
(312) 328-9166 (Direct)
(630) 262-9659 (Fax)

**From:** Kreiter, Maria <MKreiter@gklaw.com>
**Sent:** Thursday, August 29, 2024 1:20 PM
**To:** Amir Tahmassebi <amir@konicekdillonlaw.com>
**Cc:** Carrino, Christie <CCarrino@gklaw.com>; Correa McMichen, Theresa <TCorreaMcMichen@gklaw.com>; Moore, Machaella <MMoore@gklaw.com>
**Subject:** Moore depositions [GK-ACTIVE.FID3283275]

Amir:

I would like to get dates set for the depositions of Michael Kirsh, Michael Bott, and the Frost 30(b)(6) corporate representative. We would like to depose Mr. Kirsh and Mr. Bott first. Please let me know if we can set the depositions as follows:
- October 2: Mr. Kirsh or Mr. Bott
- October 3: Mr. Kirsh or Mr. Bott
- October 4: Frost corporate rep.

In addition, I wanted to memorialize our agreement by phone just now that you will provide the search terms, custodians, and date parameters used by Frost to identify and produce its responsive documents no later than September 3, 2024.

Thanks,

Maria

**Maria Kreiter** | Attorney
414.287.9466 direct
MKreiter@gklaw.com



833 E. Michigan Street, Suite 1800 | Milwaukee, Wisconsin 53202-5615



*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

5