# EXHIBIT E

| | |
|---|---|
| **From:** | Morrell, Benjamin S. |
| **To:** | Carrino, Christie; Yoon, Yeoeun Claire; Oakley, James |
| **Cc:** | Rowden, Todd; Amir Tahmassebi; Correa McMichen, Theresa; Moore, Machaella; Kreiter, Maria |
| **Subject:** | RE: Frost v. Moore [GK-ACTIVE.FID3283275] |
| **Date:** | Friday, October 4, 2024 6:29:36 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image005.png |
| | image006.png |
| | STR_SearchTermsReport_2024_10_04.pdf |

---

**[EXTERNAL] This message originated from outside your domain.**

---

And here is the hit report for Search 3. Wyoming, Winnipeg, Washington, Redmond, Portage, Ottowa, Muskegon, Kent, Kalamazoo, Delaware, Concord, each have over 1,000 hits, while Champaign, Dublin, Framingham, and Walker are very nearly there. Those are the terms we would propose narrowing as an initial matter.