# EXHIBIT F

| | |
|---|---|
| **From:** | Morrell, Benjamin S. |
| **To:** | Carrino, Christie; Yoon, Yeoeun Claire; Oakley, James |
| **Cc:** | Rowden, Todd; Amir Tahmassebi; Correa McMichen, Theresa; Moore, Machaella; Kreiter, Maria |
| **Subject:** | RE: Frost v. Moore [GK-ACTIVE.FID3283275] |
| **Date:** | Friday, October 11, 2024 5:53:35 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image005.png |
| | image006.png |
| | Plaintiff"s Privilege Log (Frost v. Moore) 10-11-24.pdf |
| | Frost"s Supp. Answers to Defendant"s Interrogatory Nos. 3_ 5 and 11 (Frost v. Moore).pdf |

**[EXTERNAL] This message originated from outside your domain.**

Christie,

Please see attached and below for our responses (in red) to each item discussed in your post-meet-and-confer email.

As it currently stands, the data in this matter exists between two workspaces in two separate environments (Relativity Server and RelativityOne). In order to reconcile the produced versions of the documents in the RelativityOne workspace with source documents in the Relativity Server workspace, we must migrate the workspace that currently exists in the Relativity Server environment into the RelativityOne environment. Once the migration is complete, we will then merge the workspaces together (new, smaller workspace into the older, larger workspace) so that all the data is in the same location. We are working with our hosting vendor to expedite the migration process. Our understanding is it will be complete by mid-next week, but the aim is earlier. This migration must be complete before we can made supplemental productions.

As noted below, we have not yet reached an agreement on Frost Solutions custodians.

---

**From:** Morrell, Benjamin S.
**Sent:** Thursday, October 10, 2024 9:39 PM
**To:** Carrino, Christie <CCarrino@gklaw.com>; Yoon, Yeoeun Claire <YYoon@taftlaw.com>; Oakley, James <JOakley@taftlaw.com>
**Cc:** Rowden, Todd <TRowden@taftlaw.com>; Amir Tahmassebi <amir@konicekdillonlaw.com>; Correa McMichen, Theresa <TCorreaMcMichen@gklaw.com>; Moore, Machaella <MMoore@gklaw.com>; Kreiter, Maria <MKreiter@gklaw.com>
**Subject:** RE: Frost v. Moore [GK-ACTIVE.FID3283275]

Christie,

Following up on your email following the parties' meet and confer to confirm the parties' progress in working in good faith to resolve the issues we discussed. First, we have updated our responses to Interrogatory Nos. 3, 5, and 11, provided a list of all of Frost Solution's employees with titles and periods of employment, and provided hit counts for the searches. As an update on reproducing documents with bates labels, this turns out to be a manual process to make sure that we include all previously produced documents and label them accordingly. Our team is diligently working on the reproduction, which we will send to you in short order. The reproduction will include any additional materials as we agreed to look again for all families.

---

**From:** Carrino, Christie <CCarrino@gklaw.com>
**Sent:** Friday, October 4, 2024 2:17 PM
**To:** Morrell, Benjamin S. <BMorrell@taftlaw.com>; Yoon, Yeoeun Claire <YYoon@taftlaw.com>; Oakley, James <JOakley@taftlaw.com>
**Cc:** Rowden, Todd <TRowden@taftlaw.com>; Amir Tahmassebi <amir@konicekdillonlaw.com>; Correa McMichen, Theresa <TCorreaMcMichen@gklaw.com>; Moore, Machaella <MMoore@gklaw.com>; Kreiter, Maria <MKreiter@gklaw.com>
**Subject:** RE: Frost v. Moore [GK-ACTIVE.FID3283275]

All,

Thanks for the call yesterday. Here is where we landed on Frost's supplemental responses/productions and the search terms.

1. You will update your interrogatory responses to Rogs 3, 5, and 11 no later than October 10

   See attached. We will provide a verification next week.

2. You will produce any additional responsive documents to Request 10 no later than October 10

   Please clarify what you mean by "Request 10."

3. You will reproduce documents with Bates labels, including ensuring that any email attachments are included and sequentially follow the parent email (or by producing natives via a pst file with a load file), no later than October 10

   As stated above, we are working on this.

4. You will provide a privilege log no later than October 10

   See attached. We will supplement as appropriate.

5. Custodians:

   a. You will let us know the number of Frost Solutions employees by end of day today. As we discussed, if there are a small number of employees, our position is that each should be a custodian. If there are a large number, we can discuss the proper custodians. We reviewed the interrogatories and there is not a complete list of all Frost Solutions employees, so we would, at minimum require that Mike Kirsh, Mike Bott, anyone with a sales function and anyone with a customer service function be a custodian.

      We provided this information on 10/4.

   b. We understand that there are no separate custodians for documents from Frost Control – those documents and emails are kept in one location, and searches have been (or will be) run across the entirety of these documents.

      Correct. Some documents in this set are labeled with custodians (former Frost Control employees) Mike Gallagher, Tom Crotty, or Victor Gill, as we received some Frost Control documents directly from them rather than from Frost Solutions. But all the Frost Control documents are in one place and searches are run across the entirety of Frost Control documents, regardless of the custodian label.

6. Search 1:

   a. Search 1 only contained "or" connectors

      Correct.

   b. You will confirm that Search 1 has been run across the Frost Control documents no later than tomorrow. If Search 1 has not been run against the Frost Control documents, you will run the search and produce responsive documents no later than October 11.

      Confirmed.

   c. You will run Search 1 across the agreed-upon Frost Solutions Custodians in 5.a of this email and produce responsive documents no later than October 11, assuming we reach agreement on the custodians today, or within one week of agreement.

      We have not yet reached an agreement on Frost Solutions custodians.

7. Search 2:

   a. You agreed to revise search 2 as follows

      i. Search phrase: "separate* OR resign* OR terminat*"

      ii. Date Limiter: on or after October 1, 2021

      We have revised Search 2 accordingly. The results are 2,049 hits, 2,642 with families.

   b. You will run Search 2 as revised across the Frost Control documents and produce responsive documents no later than October 11

      As discussed above, we must migrate the data in order to do so. We are working on this.

c. You will run Search 2 as revised across the agreed-upon Frost Solutions Custodians in 5.a of this email and produce responsive documents no later than October 11, assuming we reach agreement on the custodians today, or within one week of agreement.

<span style="color:red">We have not yet reached an agreement on Frost Solutions custodians.</span>

8. Search 3:

a. You ran Search 3 revised (below), which resulted in 12,000 email hits (16,000 with families) – you believe the search was only run against Frost Control Documents

   i. You revised the clients to be only the principle name of the municipality (e.g. Larimer, instead of Larimer County/Co. and Dublin instead of Dublin, OH)

   ii. You searched only the client names as revised above; you did not include the phrase "And (Customer* OR Contact* OR Deal* OR Contract* OR Prospect*)"

   iii. You included name variants, (such as Champaigne and Champaign; Mount Pleasant and Mount Pleasant)

   <span style="color:red">These are correct.</span>

b. You will provide us with a hit report by end of day today so that we can identify any potentially problematic portions of the search that may be yielding false hits

   <span style="color:red">We provided the hit report on 10/4.</span>

   i. Once we agree upon any revised search based on hit count, you will run the revised search over both Frost Control Documents and across the agreed-upon Frost Solutions Custodians in 5.a of this email and produce responsive documents within a week of agreement on the search.

   <span style="color:red">We have not yet reached an agreement on Frost Solutions custodians.</span>

Please let me know if you have any questions or need to discuss any of the above. Moore reserves his rights to move to compel related to any of the above items if these general timelines are not met.

Kind regards,

Christie

**Christie Carrino** | Attorney (she/her)

414.287.9341 direct | CCarrino@gklaw.com

**GODFREY KAHN**

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*