# EXHIBIT G



# Clashmore Ventures_Frost v Baglien_106037.00001

## Search Terms Report

**Report Name:** 240923 Revised 05. Customer Communications

**Searchable Set:** 240923 Revised 05. Customer Communications



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---:|---:|---:|---:|
| 13,542 | 9,943 | 13,542 | 3,599 |



| Term | Count |
|---|---|
| "Delaware DOT" | 325 |
| "East Bridgewater" | 421 |
| "East Grand Rapids" | 294 |
| "expressway" | 719 |
| "Leahy Landscaping" | 188 |
| "lyndon b johnson" | 2 |
| "Mount Pleasant" | 76 |
| "Mount Pleasent" | 2 |
| "north tarrant" | 1 |
| "saint john" | 3 |
| "saint johns" | 0 |
| "Saint paul" | 153 |
| "st johns" | 276 |
| "St. Johns" | 276 |
| "St. Paul" | 764 |







## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---:|---:|---:|
| "Delaware DOT" | 325 | 337 | 0 |
| "East Bridgewater" | 421 | 477 | 16 |
| "East Grand Rapids" | 294 | 392 | 14 |
| "expressway" | 719 | 1,036 | 33 |
| "Leahy Landscaping" | 188 | 227 | 8 |
| "lyndon b johnson" | 2 | 2 | 0 |
| "Mount Pleasant" | 76 | 105 | 21 |
| "Mount Pleasent" | 2 | 2 | 0 |

| | | | |
|---|---|---|---|
| "north tarrant" | 1 | 1 | 0 |
| "saint john" | 3 | 4 | 1 |
| "saint johns" | 0 | 0 | 0 |
| "Saint paul" | 153 | 246 | 19 |
| "st johns" | 276 | 325 | 0 |
| "St. Johns" | 276 | 325 | 0 |
| "St. Paul" | 764 | 852 | 101 |
| Champaign | 970 | 1,102 | 76 |
| Champaigne | 1 | 1 | 0 |
| Cheyenne | 474 | 607 | 26 |
| Concord | 1,269 | 1,512 | 120 |
| Delaware | 2,307 | 3,003 | 898 |
| Dublin | 992 | 1,164 | 116 |
| EGR | 616 | 867 | 156 |
| Evanston | 143 | 173 | 30 |
| Fargo | 307 | 400 | 102 |
| farmingham | 0 | 0 | 0 |
| Framingham | 990 | 1,194 | 59 |
| Grandville | 464 | 558 | 12 |
| Kalamazoo | 1,204 | 1,484 | 64 |
| kanosha | 0 | 0 | 0 |
| Kenosha | 78 | 113 | 12 |
| Kent | 1,597 | 1,852 | 187 |
| Kentwood | 591 | 725 | 50 |
| Larimer | 595 | 677 | 249 |
| LBJ | 434 | 473 | 59 |
| lebanan | 0 | 0 | 0 |
| Lebanon | 336 | 398 | 39 |
| lebenon | 1 | 1 | 0 |
| lebinon | 0 | 0 | 0 |
| Logan | 225 | 276 | 48 |
| Montcalm | 730 | 924 | 33 |
| Muskegon | 2,197 | 3,369 | 925 |
| Ottawa | 1,532 | 1,798 | 146 |
| peirce | 1 | 1 | 0 |

| | | | |
|---|---:|---:|---:|
| Pierce | 518 | 717 | 94 |
| Portage | 1,117 | 1,337 | 87 |
| portige | 0 | 0 | 0 |
| Redmond | 1,770 | 3,388 | 463 |
| Reno | 319 | 388 | 41 |
| Tapco | 517 | 659 | 387 |
| Walker | 854 | 1,246 | 112 |
| Washington | 3,465 | 4,006 | 1,929 |
| winnapeg | 2 | 2 | 0 |
| Winnipeg | 1,027 | 1,201 | 102 |
| Wyoming | 1,156 | 1,596 | 249 |

**Report Generated:** 10/04/24 7:13:47 PM                    Page 7 of 7