# EXHIBIT H

| | |
|---|---|
| **From:** | Carrino, Christie |
| **To:** | Morrell, Benjamin S.; Yoon, Yeoeun Claire; Oakley, James |
| **Cc:** | Rowden, Todd; Amir Tahmassebi; Correa McMichen, Theresa; Moore, Machaella; Kreiter, Maria |
| **Subject:** | RE: Frost v. Moore [GK-ACTIVE.FID3283275] |
| **Date:** | Friday, October 4, 2024 2:16:47 PM |
| **Attachments:** | image002.png<br>image003.png<br>image005.png<br>image006.png<br>image001.png |

All,

Thanks for the call yesterday. Here is where we landed on Frost's supplemental responses/productions and the search terms.

1. You will update your interrogatory responses to Rogs 3, 5, and 11 no later than October 10
2. You will produce any additional responsive documents to Request 10 no later than October 10
3. You will reproduce documents with Bates labels, including ensuring that any email attachments are included and sequentially follow the parent email (or by producing natives via a pst file with a load file), no later than October 10
4. You will provide a privilege log no later than October 10
5. Custodians:
    a. You will let us know the number of Frost Solutions employees by end of day today. As we discussed, if there are a small number of employees, our position is that each should be a custodian. If there are a large number, we can discuss the proper custodians. We reviewed the interrogatories and there is not a complete list of all Frost Solutions employees, so we would, at minimum require that Mike Kirsh, Mike Bott, anyone with a sales function and anyone with a customer service function be a custodian.
    b. We understand that there are no separate custodians for documents from Frost Control – those documents and emails are kept in one location, and searches have been (or will be) run across the entirety of these documents.
6. Search 1:
    a. Search 1 only contained "or" connectors
    b. You will confirm that Search 1 has been run across the Frost Control documents no later than tomorrow. If Search 1 has not been run against the Frost Control documents, you will run the search and produce responsive documents no later than October 11.
    c. You will run Search 1 across the agreed-upon Frost Solutions Custodians in 5.a of this email and produce responsive documents no later than October 11, assuming we reach agreement on the custodians today, or within one week of agreement.
7. Search 2:
    a. You agreed to revise search 2 as follows
        i. Search phrase: "separate* OR resign* OR terminat*"
        ii. Date Limiter: on or after October 1, 2021
    b. You will run Search 2 as revised across the Frost Control documents and produce responsive documents no later than October 11
    c. You will run Search 2 as revised across the agreed-upon Frost Solutions Custodians in 5.a of this email and produce responsive documents no later than October 11, assuming we reach agreement on the custodians today, or within one week of agreement.
7. Search 3:
    a. You ran Search 3 revised (below), which resulted in 12,000 email hits (16,000 with families) – you believe the search was only run against Frost Control Documents
        i. You revised the clients to be only the principle name of the municipality (e.g. Larimer, instead of Larimer County/Co. and Dublin instead of Dublin, OH)

      ii. You searched only the client names as revised above; you did not include the phrase "And (Customer* OR Contact* OR Deal* OR Contract* OR Prospect*)"

      iii. You included name variants, (such as Champaigne and Champaign; Mount Pleasant and Mount Pleasant)

  b. You will provide us with a hit report by end of day today so that we can identify any potentially problematic portions of the search that may be yielding false hits

      i. Once we agree upon any revised search based on hit count, you will run the revised search over both Frost Control Documents and across the agreed-upon Frost Solutions Custodians in 5.a of this email and produce responsive documents within a week of agreement on the search.

Please let me know if you have any questions or need to discuss any of the above. Moore reserves his rights to move to compel related to any of the above items if these general timelines are not met.

Kind regards,

Christie

**Christie Carrino** | Attorney (she/her)
414.287.9341 direct | CCarrino@gklaw.com

**GODFREY KAHN**

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*